UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-61361-CIV-DIMITROULEAS / SNOW

MARIANNE JOFFE, DEBBE SCHERTZER, )
and STEPHANIE RODRIGUEZ, individually )
and on behalf of all others similarly situated, )
)
                Plaintiff, )
)
v. )
)
GEICO INDEMNITY COMPANY, )
GOVERNMENT EMPLOYEES )
INSURANCE COMPANY and GEICO )
GENERAL INSURANCE COMPANY, )
)
                Defendants. )
)

## ORDER GRANTING UNOPPOSED MOTION TO CORRECT SCRIVENER'S ERROR

THIS CAUSE is before the Court on Plaintiffs' Unopposed Motion to Correct Scrivener's Error in Misnomer of Defendant GEICO Indemnity Company (the "Motion") [DE 54], filed herein on August 20, 2019. The Court has carefully considered the Motion and is otherwise fully advised in the premises.

Accordingly it is hereby **ORDERED and ADJUDGED** that the Motion [DE 54] is **GRANTED**. Plaintiffs may change the case style to name Defendant GEICO Indemnity Insurance

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 21st day of August, 2019.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record