UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-61361-CIV-DIMITROULEAS

MARIANNE JOFFE, DEBBE SCHERTZER,
and STEPHANIE RODRIGUEZ, individually and
on behalf of all others similarly situated,

    Plaintiffs,

vs.

GEICO INDEMNITY COMPANY,
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, and GEICO GENERAL INSURANCE
COMPANY,

    Defendants.
_____/

**ORDER GRANTING UNOPPOSED MOTION TO CORRECT SCRIVENER'S ERROR IN ORDER RE: MISNOMER OF DEFENDANT GEICO INDEMNITY COMPANY**

THIS CAUSE is before the Court on Plaintiffs' Unopposed Motion to Correct Scrivener's Error in Order Re: Misnomer of Defendant GEICO Indemnity Company (the "Motion") [DE 56], filed herein on August 30, 2019. The Court has carefully reviewed the Motion, the previous Order [DE 55], and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED and ADJUDGED** that the Motion [DE 56] is **GRANTED**. Plaintiffs may change the case style to name Defendant GEICO Indemnity Company.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 6th day of September, 2019.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record