UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-cv-61361-WPD

MARIANNE JOFFE, DEBBE SCHERTZER,
and STEPHANIE RODRIGUEZ, individually
and on behalf of all others similarly situated,

                Plaintiffs,

v.

GEICO INDEMNITY COMPANY,
GOVERNMENT EMPLOYEES
INSURANCE COMPANY and GEICO
GENERAL INSURANCE COMPANY,

                Defendants.

## ORDER GRANTING UNOPPOSED MOTIONS TO FILE UNDER SEAL

THIS CAUSE comes before the Court on Defendant's Unopposed Motion to File Under Seal Defendant's Motion for Summary Judgment [DE 58] ("Defendant's Motion") and Plaintiffs' Unopposed Motion to File Under Seal Plaintiffs' Motion for Summary Judgment [DE 61] ("Plaintiff's Motion"). The Court has considered Plaintiff's Motion and Defendant's Motion and is otherwise fully advised in the premises.

Both Parties request to file under seal pursuant to U.S. Magistrate Judge Snow's protective order [DE 37] and Southern District of Florida Local Rule 5.4 but fail to follow the explicit provisions of Local Rule 5.4 and Magistrate Judge Snow's order directing the Parties to follow Local Rule 5.4 in seeking to file any document under seal. The procedures for seeking permission from the court to file material under seal per Local Rule 5.4 is, in relevant part, as follows:

"The proposed sealed material shall not be filed unless the Court grants the motion to file under seal. The motion to file under seal shall specify the proposed duration of the requested sealing…If, prior to the issuance of a ruling on the motion to file under seal, the moving party elects or is required to publicly file a pleading, motion, memorandum, or other document that attaches or reveals the content of the proposed sealed material, then the moving party must redact from the public filing all content that is the subject of the motion to file under seal. If the Court grants the motion to file under seal, then the moving party shall file any pleading, motion, memorandum, or other document that has been authorized to be filed under seal via CM/ECF using events specifically earmarked for sealed civil filings, but if a redacted filing previously has been made or is accompanying the sealed filing, then the material that is being filed under seal shall be filed as an attachment to a "Notice of Sealed Filing" which shall be filed via CM/ECF (using events specifically earmarked for sealed civil filings)."

*See* S. Dist. Fla. Local Rule 5.4(b)(1).

The Court reminds the Parties to follow the procedures outlined in Local Rule 5.4 when seeking to file any future document under seal.

It is hereby ORDERED AND ADJUDGED as follows:

1. Defendant's Motion [DE 58] is **GRANTED**. Defendant is given leave to file its Motion for Summary Judgment, Memorandum of Law in Support, Statement of Material Facts, and supporting exhibits in unredacted form under seal. The Court notes that this material seems to have already been filed. *See* [DE 59, 60].

2. Plaintiff's Motion [DE 61] is **GRANTED**. Plaintiff is given leave to file its Motion for Summary Judgment, Memorandum of Law in Support, Statement of Material Facts, and supporting exhibits in unredacted form under seal. The Court notes that this material seems to have already been filed. *See* [DE 63].

3. The above material shall remain under seal until such time as either (1) the Parties agree that the confidential material can be publicly disclosed; or (2) the Court enters an Order requiring the confidential material to be publicly disclosed.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 25th day November, 2019.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All Counsel of Record