UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-cv-61361-WPD

MARIANNE JOFFE, DEBBE SCHERTZER,
and STEPHANIE RODRIGUEZ, individually
and on behalf of all others similarly situated,

Plaintiffs,

v.

GEICO INDEMNITY COMPANY,
GOVERNMENT EMPLOYEES
INSURANCE COMPANY and GEICO
GENERAL INSURANCE COMPANY,

Defendants.

## ORDER GRANTING JOINT MOTION TO SET BRIEFING SCHEDULE

THIS CAUSE comes before the Court on the Parties' Joint Motion to Set Briefing Schedule [DE 65] ("Motion"). The Court has considered the Motion and is otherwise fully advised in the premises.

It is hereby **ORDERED AND ADJUDGED** that the Motion [DE 65] is **GRANTED**. The Court amends its Scheduling Order [DE 22] and sets the following deadlines:

1. Deadline for Parties' Memorandum in Opposition to Motions for Summary Judgment - **January 17, 2020**;

2. Deadline to make any expert proffered in Support of Defendants' Opposition to Summary Judgment available for deposition - **January 31, 2020**;

3. Deadline for Parties' Reply Memorandum in Support of Motions for Summary Judgment - **February 11, 2020**;

4. Deadline to file Daubert Motions relating to experts disclosed for Summary Judgment - **February 17, 2020**;

5. Deadline for Memorandum in Opposition to Daubert Motions - **March 2, 2020**;

6. Deadline for Reply Memorandum in Support of Daubert Motions - **March 12, 2020**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 2nd day December, 2019.

/s/ William P. Dimitrouleas
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All Counsel of Record