**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

**CASE NO. 18-61361-CIV-WPD**

| | |
|---|---|
| MARIANNE JOFFE, DEBBE SCHERTZER, and STEPHANIE RODRIGUEZ, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>GEICO INDEMNITY INSURANCE COMPANY, GOVERNMENT EMPLOYEES INSURANCE COMPANY and GEICO GENERAL INSURANCE COMPANY,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION TO ALLOW REPRESENTATIVES
TO PARTICIPATE TELEPHONICALLY IN THE MEDIATION**

Defendants GEICO Indemnity Insurance Company, Government Employees Insurance Company, and GEICO General Insurance Company ("GEICO" or "Defendants") and Plaintiffs Marianne Joffe, Debbe Schertzer, and Stephanie Rodriguez ("Plaintiffs"), hereby jointly move the Court to allow Defendants' representative and Plaintiff Stephanie Rodriguez to participate telephonically in the mediation scheduled for February 24, 2020.

1. Plaintiffs and Defendants cross-moved for summary judgment on November 20, 2019. Both parties filed responses in opposition on January 17, 2020, and replies were filed on February 11, 2020.

43981960.2

2. The deadline to conduct mediation is March 5, 2020. [Doc. 22 (Scheduling Order) at pg. 4].

3. The Parties previously informed this Court they selected Steven Jaffe of Upchurch, Watson, White & Max to serve as mediator. [Doc. 27].

4. Mediation in this case is scheduled for February 24, 2020, with Steven Jaffe in Plantation, Florida.

5. GEICO's representative is not available to attend in person in Plantation, Florida on February 24, 2020, but is available to fully participate via telephone.

6. Plaintiffs Marianne Joffe and Debbe Schertzer intend to appear at mediation in person. However, Plaintiff Stephanie Rodriguez is not available to attend in person in Plantation, Florida on February 24, 2020, but is available to fully participate via telephone.

7. It is in the best interest of the parties to permit GEICO's representative and Plaintiff Stephanie Rodriguez to participate in the scheduled mediation telephonically.

**WHEREFORE**, the Parties request that the Court permit GEICO's representative and Plaintiff Stephanie Rodriguez to participate telephonically in the mediation scheduled for February 24, 2020. Counsel for GEICO, counsel for Plaintiffs, and Marianne Joffe and Debbe Schertzer intend to appear in person.

## CERTIFICATE OF CONFERENCE

On February 13, 2020, pursuant to Local Rule 7.1(a)(3), counsel for Defendants and Plaintiffs discussed the relief sought in this Motion and agree on the relief requested herein.

Dated: February 13, 2020

                    Respectfully submitted,

s/*Annette Urena Tucker*
Annette Urena Tucker
Florida Bar No. 14838
**KAPLAN ZEENA LLP**
Florida Bar No. 14838
2 South Biscayne Boulevard
One Biscayne Tower, Suite 3050
Miami, Florida 33131
Telephone: (305) 530-0800
Facsimile: (305) 530-0801
annette.tucker@kaplanzeena.com

Kymberly Kochis (*pro hac vice*)
Alexander P. Fuchs (*pro hac vice*)
**EVERSHEDS SUTHERLAND (US) LLP**
1114 Avenue of Americas, 40th Floor
New York, New York 10036
Telephone: (212) 389-5082
Facsimile: (212) 389-5099
kymkochis@eversheds-sutherland.com
alexfuchs@eversheds-sutherland.com

*Attorneys for Defendants*
*GEICO INDEMNITY INSURANCE COMPANY,*
*GOVERNMENT EMPLOYEES INSURANCE*
*COMPANY, and GEICO GENERAL INSURANCE*
*COMPANY*

*/s/ Jake Phillips*
Jacob Phillips
Florida Bar No. 0120130
Edmund A. Normand
Florida Bar No. 0865590
Normand PLLC
3165 McCrory Pl., Ste. 175
Orlando, FL 32801
Telephone: (407) 603-6031
Facsimile: (888) 974-2175
Ed@EdNormand.com
Jacob.phillips@normandpllc.com

    Bradley W. Pratt
    Florida Bar No. 0094300
    Pratt Clay, LLC
    4401 Northside Parkway, Suite 520
    Atlanta, Georgia 30327
    Telephone:  (404) 949-8118
    Facsimile:  (404) 949-8159
    bradley@prattclay.com

    Tracy L. Markham
    Florida Bar No. 0040126
    Southern Atlantic Law Group, PLLC
    2800 N 5th Street, Suite 302
    St. Augustine, Florida 32084
    Phone: (904) 794 7005
    Facsimile: (904) 794 7007
    tlm@southernatlanticlaw.com
    pleadingsonly@southernatlanticlaw.com

    Andrew Lampros
    Appearing Pro Hac Vice
    Hall & Lampros, LLP
    Phone:  (404) 876-8100
    Facsimile:  (404) 876-3477
    alampros@hallandlampros.com
    chall@hallandlampros.com

    Christopher J. Lynch
    Florida Bar No. 331041
    Christopher J. Lynch, P.A.
    6915 Red Road, Suite 208
    Coral Gables, Florida 33143
    Telephone: (305) 443-6200
    Facsimile: (305) 443-6204
    Clynch@hunterlynchlaw.com
    Lmartinez@hunterlynchaw.com

    *Counsel for Plaintiff*

43981960.2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing **Joint Motion to Allow Representative to Participate Telephonically in the Mediation** was served via the Court's CM/ECF system on February 13, 2020, on all counsel or parties of record on the service list.

s/ <i>Annette Urena Tucker</i>
Annette Urena Tucker
Florida Bar No. 14838

**SERVICE LIST**

Christopher J. Lynch
**Christopher J. Lynch, P.A.**
6915 Red Road, Suite 208
Coral Gables, Florida 33143
Telephone: (305) 443-6200
Facsimile: (305) 443-6204
clynch@hunterlynchlaw.com
lmartinez@hunterlynchaw.com
*Attorney for Plaintiffs*

Tracy L. Markham
**Southern Atlantic Law Group, PLLC**
2800 N. 5th Street, Suite 302
St. Augustine, Florida 32084
Phone: (904) 794-7005
Facsimile: (904) 794-7007
tlm@southernatlanticlaw.com
pleadingsonly@southernatlanticlaw.com
*Attorney for Plaintiffs*

Andrew Lampros
Christopher Hall
**Hall & Lampros, LLP**
400 Galleria Parkway, Suite 990
Atlanta, Georgia 30309
Telephone: (404) 876-8100
Facsimile: (404) 876-3477
alampros@hallandlampros.com
chall@hallandlampros.com
*Attorney for Plaintiffs*

Edmund A. Normand
Jacob L. Phillips
**Normand PLLC**
3165 McCrory Place, Suite 175
Orlando, Florida 32803
Telephone: (407) 603-6031
Facsimile: (888) 974-2175
Ed@EdNormand.com
jacob@ednormand.com
*Attorneys for Plaintiffs*

Bradley W. Pratt
**Pratt Clay, LLC**
4401 Northside Parkway
Suite 520
Atlanta, Georgia 30327
Telephone: (404) 949-8118
Facsimile: (404) 949-8159
bradley@prattclay.com
*Attorney for Plaintiffs*