UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-61361-CIV-DIMITROULEAS

MARIANNE JOFFE, DEBBE SCHERTZER,
and STEPHANIE RODRIGUEZ, individually and
on behalf of all others similarly situated,

    Plaintiffs,

vs.

GEICO INDEMNITY COMPANY,
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, and GEICO GENERAL INSURANCE
COMPANY,

    Defendants.
_____/

## ORDER GRANTING TELEPHONIC APPEARANCE AT MEDIATION

THIS CAUSE comes before the Court on the Parties' Joint Motion to Allow Representatives to Participate Telephonically in the Mediation [DE 80] ("Motion"). The Court has carefully considered the Motion and is otherwise fully advised in the premises.

It is **ORDERED AND ADJUDGED** that the Parties' Motion [DE 80] is hereby **GRANTED**. GEICO's representative and Plaintiff Stephanie Rodriguez are permitted to participate in the scheduled mediation telephonically.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 14th day of February, 2020.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All counsel of record