UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-61361-CIV-DIMITROULEAS

MARIANNE JOFFE, DEBBE SCHERTZER,
and STEPHANIE RODRIGUEZ, individually and
on behalf of all others similarly situated,

      Plaintiffs,

vs.

GEICO INDEMNITY COMPANY,
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, and GEICO GENERAL INSURANCE
COMPANY,

      Defendants.
_____/

**ORDER APPROVING THE FORM AND MANNER OF CLASS NOTICE**

      THIS CAUSE comes before the Court on the Joint Notice of Filing Proposed Notice to Class Members [DE 53]. The Court has carefully considered the Proposed Notice and Notice plaint and is otherwise fully advised in the premises.

    Per the Court's March 25, 2020 Order, the trial in this case has been reset for June 29, 2020; as such, the class notice's will need to be revised to reflect the new trial date.

    Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

      1.    Plaintiff's Proposed Notice and Notice Plan, as set forth Joint Notice of Filing Proposed Notice to Class Members [DE 53] and the attachments thereto, with the change identified by the Court above, meet the requirements of Rule 23 and of due process, constitute the best notice practicable under the circumstances, and shall constitute due and sufficient notice to all persons and entities entitled thereto.

      2.      The Court therefore **APPROVES** Proposed Notice to Class Members [DE 53], with the change identified by the Court above.

      3.      On or before **May 1, 2020**, Plaintiff shall provide notice to the class in substantially the form approved by the Court and in accordance with the approved Notice Plan. Plaintiff shall file a notice with the Court stating that that this has been completed.

      4.      Requests to exclude must be postmarked no later than **June 1, 2020**. The notices shall reflect this deadline.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 25th day of March, 2020.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of record