IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 18-61361-CIV-WPD

| | |
|---|---|
| MARIANNE JOFFE, DEBBE SCHERTZER, and STEPHANIE RODRIGUEZ, individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| GEICO INDEMNITY COMPANY, GOVERNMENT EMPLOYEES INSURANCE COMPANY and GEICO GENERAL INSURANCE COMPANY, | ) ) ) ) ) |
| Defendants. | ) ) |

**JOINT MOTION REQUESTING TRIAL DATE
AND EXTENSION OF PRETRIAL DEADLINES**

Defendants GEICO Indemnity Company, Government Employees Insurance Company, and GEICO General Insurance Company ("GEICO" or "Defendants") and Plaintiffs Marianne Joffe, Debbe Schertzer, and Stephanie Rodriguez ("Plaintiffs") (collectively, the "Parties") hereby file this Joint Motion requesting a new trial date and extension of all corresponding pretrial deadlines in accordance with the April 3, 2020 Standing Order ("Standing Order"). *See In re: Coronavirus Public Emergency*, Admin. Order 2020-24, ¶ 2 (S.D. Fla. Apr. 3, 2020). In support of this request, the Parties state as follows:

1. Trial is presently scheduled for June 29, 2020. Dkt. No. 97.

2.      Pursuant to the April 3, 2020 Standing Order, all jury trials in the Southern District of Florida scheduled to begin on or after March 30, 2020 are continued until July 6, 2020. *In re: Coronavirus Public Emergency*, Admin. Order 2020-24, ¶ 2 (S.D. Fla. Apr. 3, 2020). The Standing Order also provides that "[t]he Court may issue other Orders concerning future continuances as necessary and appropriate." *Id.*

3.      Deadlines for various pre-trial submissions, such as the pretrial statement, pretrial stipulations, voire dire questions, jury instructions and motions in *limine* are currently set between June 3, 2020 and June 26, 2020. These deadlines were based on a trial date of June 29, 2020. Pursuant to the Standing Order, trial in this action will not proceed on June 29, 2020, and will be reset for a date on or after July 6, 2020. *Id.*

4.      Given the upcoming deadlines, the Parties respectfully request that the Court issue a new trial date and extend all corresponding pretrial deadlines in this case in accordance with the Standing Order.

**CERTIFICATE OF CONFERENCE**

On May 29, 2020, pursuant to Local Rule 7.1(a)(3), counsel for Defendants and Plaintiffs discussed the relief sought in this Joint Motion Requesting Trial date and Extension of Pretrial Deadlines and agree on the relief requested herein.

Dated: June 1, 2020.

                                    Respectfully submitted,

                                    s/ *Annette Urena Tucker*
                                    Annette Urena Tucker
                                    Florida Bar No. 14838
                                    **KAPLAN ZEENA LLP**
                                    Florida Bar No. 14838
                                    2 South Biscayne Boulevard
                                    One Biscayne Tower, Suite 3050

Miami, Florida 33131
Telephone: (305) 530-0800
Facsimile: (305) 530-0801
annette.tucker@kaplanzeena.com

Kymberly Kochis (*pro hac vice*)
Alexander P. Fuchs (*pro hac vice)*
**EVERSHEDS SUTHERLAND (US) LLP**
1114 Avenue of Americas, 40th Floor
New York, New York 10036
Telephone: (212) 389-5082
Facsimile:  (212) 389-5099
kymkochis@eversheds-sutherland.com
alexfuchs@eversheds-sutherland.com

***Attorneys for Defendants***

*/s/* Jacob L. Phillips
Jacob L. Phillips
Florida Bar No. 0120130
Edmund A. Normand
Florida Bar No. 0865590
**Normand PLLC**
3165 McCrory Place, Ste. 175
Orlando, FL 32803
Telephone: (407) 603-6031
Facsimile: (888) 974-2175
ed@normandpllc.com
jacob.phillips@normandpllc.com

Christopher J. Lynch
Florida Bar No. 331041
**Christopher J. Lynch, P.A.**
6915 Red Road, Suite 208
Coral Gables, Florida 33143
Telephone: (305) 443-6200
Facsimile: (305) 443-6204
Clynch@hunterlynchlaw.com
Lmartinez@hunterlynchaw.com


Bradley W. Pratt
Florida Bar No. 0094300
**Pratt Clay, LLC**
4401 Northside Parkway, Suite 520
Atlanta, Georgia 30327

Telephone: (404) 949-8118
Facsimile: (404) 949-8159
bradley@prattclay.com

Tracy L. Markham
Florida Bar. No. 0040126
**Southern Atlantic Law Group, PLLC**
2800 N. 5th Street, Suite 302
St. Augustine, Florida 32084
Phone: (904) 794-7005
Facsimile: (904) 794-7007
tlm@southernatlanticlawgroup.com

Andrew Lampros (*pro hac vice*)
Christopher B. Hall (*pro hac vice*)
**Hall & Lampros, LLP**
400 Galleria Parkway, Suite 1150
Atlanta, GA 30339
Phone: (404) 876-8100
Facsimile: (404) 876-3477
chall@hallandlampros.com
alampros@hallandlampros.com

***Attorneys for Plaintiffs***