IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 18-61361-CIV-WPD

MARIANNE JOFFE, DEBBE SCHERTZER, )
and STEPHANIE RODRIGUEZ, individually )
and on behalf of all others similarly situated, )
)
Plaintiffs, )
)
v. )
)
GEICO INDEMNITY COMPANY, )
GOVERNMENT EMPLOYEES )
INSURANCE COMPANY and GEICO )
GENERAL INSURANCE COMPANY, )
)
Defendants. )
)

**UNOPPOSED MOTION TO HOLD SUMMARY JUDGMENT IN ABEYANCE**

Defendants GEICO Indemnity Company, Government Employees Insurance Company, and GEICO General Insurance Company ("GEICO" or "Defendants") hereby file this Unopposed Motion requesting that the Court hold in abeyance any orders on GEICO's and Plaintiffs' Marianne Joffe, Debbe Schertzer, and Stephanie Rodriguez ("Plaintiffs") (collectively, the "Parties") motions for summary judgment until at least June 16, 2020, as the Parties are presently engaged in substantive settlement negotiations. In support of this unopposed request, GEICO states as follows:

1.  On November 20, 2019, the Parties filed for summary judgment. Summary judgment was fully briefed on February 11, 2020. Dkt. Nos. 59, 63, 70, 72, 75-78.

2. On August 8, 2019, the parties filed a Joint Notice of Filing Proposed Notice to Class Members. Dkt. No. 53.

3. On March 12, 2020, GEICO filed a Motion to Hold in Abeyance Order on Summary Judgment.

4. On March 25, 2020, the Court issued separate orders approving the form and manner of class notice (Dkt. No. 96) and granting GEICO's Motion to Hold in Abeyance Order on Summary Judgment (Dkt. 97). On March 25, 2020, the Court also reset pretrial deadlines and reset trial for June 29, 2020. Dkt. No. 97.

5. The Parties are presently engaged in substantive settlement discussions. The requested abeyance is to allow the Parties to continue to explore settlement. It is desirable for the Court to hold summary judgment in abeyance until at least June 16, 2020, because the issuance of a dispositive order on some or all of the issues in the case would likely impede settlement.

6. District courts routinely issue orders such as this at the parties request to allow the parties to pursue settlement negotiations without the threat of a pending summary judgment order. *See Ciccotelli v. Washington Mut., Inc.*, No. 5:10-CV-16, 2011 WL 13202233, at *2 (D. Vt. Sept. 26, 2011) ("At the August 2, 2011 hearing, the court informed the parties that it would hold JPMC's summary judgment motion in abeyance for twenty-one days while Mr. Ciccotelli and JPMC engaged in settlement negotiations."); *R&B, Inc. v. Needa Parts Mfg., Inc.*, 418 F. Supp. 2d 684, 687 (E.D. Pa. 2005) ("The defendants filed a motion for partial summary judgment on March 31, 2004, but the Court held the motion in abeyance at the request of counsel while the parties engaged in settlement discussions."); *In re Taxable Mun. Bonds Litig.*, No. CIV. A. MDL 863, 1994 WL 532079, at *1 (E.D. La. Sept. 26, 1994) ("I then held the summary judgment in abeyance at the request of lead counsel in order that they might pursue settlement negotiations.").

Accordingly, GEICO respectfully requests the Court hold in abeyance any ruling on the Parties' motions for summary judgment for two weeks from the date of the filing of this Motion. *See Chudasama v. Mazda Motor Corp.,* 123 F.3d 1353, 1366 (11th Cir. 1997) ("District courts enjoy broad discretion in deciding how best to manage the cases before them.").

7. The scheduled June 29, 2020 trial date is continued until at least July 6, 2020, pursuant to the Court's April 3, 2020 Standing Order (*In re: Coronavirus Public Emergency*, Admin. Order 2020-24, ¶ 2 (S.D. Fla. Apr. 3, 2020)). The requested abeyance therefore will not impact the trial or any other deadline in this matter.

### CERTIFICATE OF CONFERENCE

On June 1, 2020, pursuant to Local Rule 7.1(a)(3), counsel for GEICO and Plaintiffs discussed the relief sought in this Unopposed Motion to Hold Summary Judgment in Abeyance until at least June 16, 2020. Plaintiffs do not oppose the relief requested herein.

Dated: June 2, 2020

Respectfully submitted,

s/ *Annette Urena Tucker*
Annette Urena Tucker
Florida Bar No. 14838
**KAPLAN ZEENA LLP**
Florida Bar No. 14838
2 South Biscayne Boulevard
One Biscayne Tower, Suite 3050
Miami, Florida 33131
Telephone: (305) 530-0800
Facsimile: (305) 530-0801
annette.tucker@kaplanzeena.com

Kymberly Kochis (*pro hac vice*)
Alexander P. Fuchs (*pro hac vice*)
**EVERSHEDS SUTHERLAND (US) LLP**
1114 Avenue of Americas, 40th Floor
New York, New York 10036

3

Telephone: (212) 389-5082
Facsimile: (212) 389-5099
kymkochis@eversheds-sutherland.com
alexfuchs@eversheds-sutherland.com

*Attorneys for Defendants*
***GEICO INDEMNITY COMPANY, GOVERNMENT EMPLOYEES INSURANCE COMPANY, and GEICO GENERAL INSURANCE COMPANY***

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that a true and correct copy of the foregoing was served via the Court's CM/ECF system on June 2, 2020, on all counsel or parties of record on the service list.

s/ <i>Annette Urena Tucker</i><br>
Annette Urena Tucker<br>
Florida Bar No. 14838

<u>**SERVICE LIST**</u>

Christopher J. Lynch
**Christopher J. Lynch, P.A.**
6915 Red Road, Suite 208
Coral Gables, Florida 33143
Telephone: (305) 443-6200
Facsimile: (305) 443-6204
clynch@hunterlynchlaw.com
lmartinez@hunterlynchaw.com
*Attorney for Plaintiffs*

Tracy L. Markham
**Southern Atlantic Law Group, PLLC**
2800 N. 5th Street, Suite 302
St. Augustine, Florida 32084
Phone: (904) 794-7005
Facsimile: (904) 794-7007
tlm@southernatlanticlaw.com
pleadingsonly@southernatlanticlaw.com
*Attorney for Plaintiffs*

Andrew Lampros
Christopher Hall
**Hall & Lampros, LLP**
400 Galleria Parkway, Suite 990
Atlanta, Georgia 30309
Telephone: (404) 876-8100
Facsimile: (404) 876-3477
alampros@hallandlampros.com
chall@hallandlampros.com
*Attorney for Plaintiffs*

Edmund A. Normand
Jacob L. Phillips
**Normand PLLC**
3165 McCrory Place, Suite 175
Orlando, Florida 32803
Telephone: (407) 603-6031
Facsimile: (888) 974-2175
Ed@EdNormand.com
jacob@ednormand.com
*Attorneys for Plaintiffs*

Bradley W. Pratt
**Pratt Clay, LLC**
4401 Northside Parkway
Suite 520
Atlanta, Georgia 30327
Telephone: (404) 949-8118
Facsimile: (404) 949-8159
bradley@prattclay.com
*Attorney for Plaintiffs*