IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

**CASE NO. 18-cv-61361-WPD**

| | |
|---|---|
| MARIANNE JOFFE, DEBBE SCHERTZER, and STEPHANIE RODRIGUEZ, individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| GEICO INDEMNITY COMPANY, GOVERNMENT EMPLOYEES INSURANCE COMPANY, and GEICO GENERAL INSURANCE COMPANY, | ) ) ) ) ) |
| Defendants. | ) ) |

**JOINT NOTICE OF SETTLEMENT**

COME NOW Plaintiffs Marianne Joffe, Debbe Schertzer, and Stephanie Rodriguez ("Plaintiffs"), individually and on behalf of all others similarly situated, and Defendants GEICO Indemnity Company, Government Employees Insurance Company, and GEICO General Insurance Company ("Defendants") (collectively, the "Parties"), and jointly file this Joint Notice of Settlement, respectfully stating as follows:

1.

This case (the "*Joffe* case") is a class action seeking recovery of sales tax and title fees for total loss claims on leased vehicles against three GEICO entities, GEICO Indemnity Company, Government Employees Insurance Company, and GEICO General Insurance Company. This Court has also presided over the related case *Roth v. GEICO General Ins. Co.*, Case No. 16-62942-Civ-DIMITROULEAS (S.D. Fla.) (the "*Roth* case"), which is also a class action seeking recovery

CASE NO. 18-cv-61361-WPD
*Joint Notice of Settlement*
Page 2

of sales tax and title fees for total loss claims on leased vehicles. The *Joffe* case asserts identical claims to the claims asserted in the *Roth* case. The *Joffe* case differs from the *Roth* case only in that it was filed against additional GEICO entities, and, as to the *Roth* defendant GEICO General Insurance Company, the *Joffe* case asserts the same claims but for an additional time period beyond the class period covered in the *Roth* case.

2.

The Court ordered the Parties to mediate the *Joffe* case. (D.E. 22, 81.) The Parties mediated the *Joffe* case in February 2020 before a mediator approved by this Court, and that mediation was unsuccessful. (D.E. 85, 86.) The Court ordered the Parties to mediate the *Roth* case. (*Roth* D.E. 31.) The Parties mediated the *Roth* case on May 17, 2018, before a mediator approved by this Court, and that mediation was unsuccessful. On September 9, 2019, the Parties participated in mediation pursuant to Federal Rules of Appellant Procedure 33 and Eleventh Circuit Rule 33-1, and that mediation was unsuccessful.

3.

In the *Joffe* case, the Parties informed the Court that they were continuing to attempt negotiation and scheduling another mediation, and jointly requested the Court continue the trial date, extend the case deadlines, and hold summary judgment in abeyance. (D.E. 105, 106, 107.) The Court granted the Parties' motion, and Ordered the parties to confer regarding deadlines and related matters, and to file a response or notice with the Court on or before June 10, 2020. (D.E. 108.)

4.

On June 8, 2020, the Parties mediated both the *Joffe* and *Roth* cases before mediator Rodney Max of Upchurch Watson. (D.E. 107.) After extensive negotiations conducted through

2

CASE NO. 18-cv-61361-WPD
*Joint Notice of Settlement*
Page 3

the mediator, the Parties in both the *Joffe* case and the *Roth* case each reached an agreement to enter a global settlement of both class actions. A global settlement was reached because the claims are identical, and the global settlement is conditioned on consolidation of the cases to ensure consistent resolution of all similarly situated claims. The global settlement resolves all pending claims in both the *Joffe* and *Roth* cases and the *Roth* appeals, provides for an expanded *Joffe* class, and provides additional prospective relief.

5.

On June 9, 2020, the Parties filed a Joint Notice of Settlement and Request for Immediate Stay in the Eleventh Circuit, and the Eleventh Circuit granted the motion on June 10, 2020. (*Roth*, Case 19-11652, Order dated June 10, 2020.) In accordance with the duties of the Parties and this Court's prior instructions (D.E. 108), the Parties hereby respectfully inform the Court of the global settlement reached in both the *Joffe* and *Roth* cases.

6.

For the sake of transparency and judicial efficiency, the Parties also wish to provide notice of the following filings that will be forthcoming in each of the two cases:

a) Motion to Consolidate the *Roth* and *Joffe* cases for purposes of settlement, to be filed in the *Joffe* case.

b) Notice of Filing of the Motion to Consolidate, to be filed in the *Roth* case.

c) Motion for Preliminary Approval of the global Class Action Settlement, including request for approval of notices to the *Joffe* and *Roth* Classes, and Motion to Set Aside/Vacate certain *Roth* orders and judgments to allow for new judgment to be entered, to be filed in the *Roth* case.

d) Motion for Indicative Ruling, pursuant to Fed. R. Civ. P. 62.1, to be filed in the *Roth*

3

case. The Motion for Indicative Ruling will respectfully seek an indicative ruling from this Court indicating that, should the Eleventh Circuit issue a limited remand to allow this Court to consider the proposed Settlement, this Court would likely consolidate the cases and preliminarily approve the Settlement (or, alternatively, that the motion raises a substantial issue sufficient to justify limited remand from the Eleventh Circuit).

e) Upon receipt of an indicative ruling, Motion for Limited Remand of the *Roth* case, to be filed in the Eleventh Circuit pursuant to Fed. R. App. P. 12-1.

f) Following Remand, Consolidation, and Preliminary Approval of the Settlement Agreement:

   i. Motion for Approval of Attorneys' Fees, Expenses and Costs, and Class Representative Incentive Awards.

   ii. Motion for Final Approval of the Settlement Agreement, to be filed in the consolidated case.

7.

If the Court wishes to conduct a telephonic status conference to discuss the Parties' global settlement, or the motions and other procedural steps set out herein, counsel for the Parties can make themselves available anytime.

Dated: June 10, 2020.

         Respectfully submitted,

         s/ Annette Urena Tucker
         Annette Urena Tucker
         Florida Bar No. 14838
         **KAPLAN ZEENA LLP**
         Florida Bar No. 14838
         2 South Biscayne Boulevard
         One Biscayne Tower, Suite 3050

CASE NO. 18-cv-61361-WPD
*Joint Notice of Settlement*
Page 5

        Miami, Florida 33131
        Telephone: (305) 530-0800
        Facsimile: (305) 530-0801
        annette.tucker@kaplanzeena.com

        Kymberly Kochis (*pro hac vice*)
        Alexander P. Fuchs (*pro hac vice)*
        **EVERSHEDS SUTHERLAND (US) LLP**
        1114 Avenue of Americas, 40th Floor
        New York, New York 10036
        Telephone: (212) 389-5082
        Facsimile:  (212) 389-5099
        kymkochis@eversheds-sutherland.com
        alexfuchs@eversheds-sutherland.com

        ***Attorneys for Defendants***

        */s/* Jacob L. Phillips
        Jacob L. Phillips
        Florida Bar No. 0120130
        Edmund A. Normand
        Florida Bar No. 0865590
        **Normand PLLC**
        3165 McCrory Place, Ste. 175
        Orlando, FL 32803
        Telephone: (407) 603-6031
        Facsimile: (888) 974-2175
        ed@normandpllc.com
        jacob.phillips@normandpllc.com

        Christopher J. Lynch
        Florida Bar No. 331041
        **Christopher J. Lynch, P.A.**
        6915 Red Road, Suite 208
        Coral Gables, Florida 33143
        Telephone: (305) 443-6200
        Facsimile: (305) 443-6204
        Clynch@hunterlynchlaw.com
        Lmartinez@hunterlynchaw.com


        Bradley W. Pratt
        Florida Bar No. 0094300
        **Pratt Clay, LLC**
        4401 Northside Parkway, Suite 520

CASE NO. 18-cv-61361-WPD
*Joint Notice of Settlement*
Page 6

Atlanta, Georgia 30327
Telephone: (404) 949-8118
Facsimile: (404) 949-8159
bradley@prattclay.com

Tracy L. Markham
Florida Bar. No. 0040126
**Southern Atlantic Law Group, PLLC**
2800 N. 5th Street, Suite 302
St. Augustine, Florida 32084
Phone: (904) 794-7005
Facsimile: (904) 794-7007
tlm@southernatlanticlawgroup.com

Andrew Lampros (*pro hac vice*)
Christopher B. Hall (*pro hac vice*)
**Hall & Lampros, LLP**
400 Galleria Parkway, Suite 1150
Atlanta, GA 30339
Phone: (404) 876-8100
Facsimile: (404) 876-3477
alampros@hallandlampros.com
chall@hallandlampros.com

***Attorneys for Plaintiffs***