UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF FLORIDA FORT LAUDERDALE DIVISION

MARIANNE JOFFE, DEBBE SCHERTZER, and
STEPHANIE RODRIGUEZ, individually and on
behalf of all others similarly situated,

    Plaintiffs,

vs.

GEICO INDEMNITY COMPANY, GOVERNMENT
EMPLOYEES INSURANCE COMPANY, and GEICO
GENERAL INSURANCE
COMPANY,

    Defendants.

_____/

CASE NO: 18-61361-CIV-
DIMITROULEAS

/SNOW

## MEDIATOR'S REPORT TO COURT

Please be advised that the above styled cases were successfully mediated as of June 8, 2020. The attorneys of record will be expeditiously filing the appropriate Court Stipulations and Motions for Preliminary Approval. Please note that said counsel have done an outstanding job of achieving these resolutions while representing the best interests of their clients. I appreciate the privilege of serving the parties, their counsel, and the Court.

Respectfully submitted,

[signature]

Rodney A. Max

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 11, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

_____
RODNEY A. MAX

**UPCHURCH WATSON WHITE & MAX**
**MEDIATION GROUP**
rmax@uww-adr.com

800-264-2622