UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-61361-CIV-DIMITROULEAS

MARIANNE JOFFE, DEBBE SCHERTZER,
and STEPHANIE RODRIGUEZ, individually and
on behalf of all others similarly situated,

      Plaintiffs,

vs.

GEICO INDEMNITY COMPANY,
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, and GEICO GENERAL INSURANCE
COMPANY,

      Defendants.

_____/

## ORDER ON MOTION TO STAY

THIS CAUSE is before the Court on the Joint Motion to Stay All Pretrial Deadlines and

Hold Summary Judgment in Abeyance [DE 111] ("Motion"), filed on June 10, 2020, requesting

the Court stay all pre-trial deadlines and to hold any orders on the parties' motions for summary

judgment in abeyance while the parties seek approval of their settlement agreement. The Court has

carefully reviewed the Motion and is otherwise fully advised in the premises.

    In light of the global settlement reached in this case and in *Roth v. GEICO General*

*Insurance Company* the Court will stay all pre-trial deadlines in order to allow the Parties to seek

approval of their settlement agreement. The Court will deny the Parties' motions for summary

judgment and motions to exclude various experts without prejudice.[1]

    it is **ORDERED AND ADJUDGED** as follows:

---

[1] In the event a global settlement is not finalized and approved by the Court, the Court will reinstate the motions [DE 82, 83, 59, 63].

1. The Motion [111] is **GRANTED in part.**

2. The Motion to Exclude Testimony and Report of George W. Erickson [DE 82], the Motion to Exclude Testimony and Report of Karen Matera [DE 83], Defendant's Motion for Summary Judgment [DE 59], Plaintiff's Motion for Summary Judgment [DE 63] are **DENIED** without prejudice as moot.

3. The Parties shall submit a proposed schedule for seeking consolidation and preliminary approval of the settlement agreement on or before **June 25, 2020**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 15th day of June, 2020.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All counsel of Record