IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 18-61361-CIV-WPD

| | |
|---|---|
| MARIANNE JOFFE, DEBBE SCHERTZER, and STEPHANIE RODRIGUEZ, individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| GEICO INDEMNITY COMPANY, GOVERNMENT EMPLOYEES INSURANCE COMPANY and GEICO GENERAL INSURANCE COMPANY, | ) ) ) ) ) |
| Defendants. | ) ) |

**JOINT PROPOSED SCHEDULE FOR SEEKING CONSOLIDATION AND PRELIMINARY APPROVAL OF GLOBAL SETTLEMENT**

Plaintiffs Marianne Joffe, Debbe Schertzer, and Stephanie Rodriguez ("Plaintiffs"), individually and on behalf of all others similarly situated, and Defendants GEICO Indemnity Company, Government Employees Insurance Company, and GEICO General Insurance Company ("Defendants") (collectively, the "Parties") file this Joint Proposed Schedule for Seeking Consolidation and Preliminary Approval of Global Settlement.

Pursuant to the Court's Order on Motion to Stay (D.E. 113), the Parties submit the below proposed schedule for seeking consolidation and preliminary approval of the global settlement described in the Parties' Joint Notice of Settlement (D.E. 110):

(1) Motion to Consolidate this case ("*Joffe*") with *Roth v. GEICO General Ins. Co.*, Case No. 16-62942-Civ-DIMITROULEAS (S.D. Fla.) ("*Roth*") for purposes of settlement to be filed in *Joffe* on or before **July 17, 2020**.

(2) Motion for Preliminary Approval of the global settlement, including request for approval of notices to the *Joffe* and *Roth* classes, and Motion to Set Aside/Vacate certain *Roth* orders and judgments, to be filed in *Roth* on or before **July 17, 2020**.

(3) Motion for Indicative Ruling to be filed in *Roth* on or before **July 17, 2020**.

The Motion for Preliminary Approval, Settlement Agreement and Proposed Order on Preliminary Approval will set out additional proposed deadlines as is customary for such filings.

Dated: June 25, 2020.

Respectfully submitted,

/s/ Annette Urena Tucker
Annette Urena Tucker
Florida Bar No. 14838
**KAPLAN ZEENA LLP**
Florida Bar No. 14838
2 South Biscayne Boulevard
One Biscayne Tower, Suite 3050
Miami, Florida 33131
Telephone: (305) 530-0800
Facsimile: (305) 530-0801
annette.tucker@kaplanzeena.com

Kymberly Kochis (*pro hac vice*)
Alexander P. Fuchs (*pro hac vice)*
**EVERSHEDS SUTHERLAND (US) LLP**
1114 Avenue of Americas, 40th Floor
New York, New York 10036
Telephone: (212) 389-5082
Facsimile: (212) 389-5099
kymkochis@eversheds-sutherland.com
alexfuchs@eversheds-sutherland.com

*Attorneys for Defendants*
**GEICO INDEMNITY COMPANY, GOVERNMENT EMPLOYEES INSURANCE COMPANY, and GEICO**

*GENERAL INSURANCE COMPANY*

/s/ Jacob Phillips
Edmund A. Normand (Florida Bar No. 0865590)
Jacob Phillips (Florida Bar No. 0120130)
Normand Law PLLC
62 W. Colonial Drive, Suite 209
Orlando, FL 32801
Telephone: (407) 603-6031
Facsimile: (888) 974-2175
Ed@EdNormand.com
jacob@ednormand.com

Christopher J. Lynch
Florida Bar No. 331041
Christopher J. Lynch, P.A.
6915 Red Road, Suite 208
Coral Gables, Florida 33143
Telephone: (305) 443-6200
Facsimile: (305) 443-6204
Clynch@hunterlynchlaw.com
Lmartinez@hunterlynchaw.com

Bradley W. Pratt
Florida Bar No. 0094300
Pratt Clay, LLC
4401 Northside Parkway, Suite 520
Atlanta, Georgia 30327
Telephone: (404) 949-8118
Facsimile: (404) 949-8159
bradley@prattclay.com

Tracy L. Markham
Florida Bar. No. 0040126
Southern Atlantic Law Group, PLLC
2800 N. 5th Street, Suite 302
St. Augustine, Florida 32084
Phone: (904) 794-7005
Facsimile: (904) 794-7007
tlm@southernatlanticlawgroup.com

Andrew Lampros
Christopher Hall
Hall & Lampros, LLP
1230 Peachtree Street, NE, Suite 950
Atlanta, GA 30309

Phone: (404) 876-8100
Facsimile: (404) 876-3477
alampros@hallandlampros.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Joint Proposed Schedule for Seeking Consolidation and Preliminary Approval of Global Settlement was served via the Court's CM/ECF system on June 25, 2020, on all counsel or parties of record on the service list.

*/s/ Annette Urena Tucker*
Annette Urena Tucker
Florida Bar No. 14838

## SERVICE LIST

Christopher J. Lynch
**Christopher J. Lynch, P.A.**
6915 Red Road, Suite 208
Coral Gables, Florida 33143
Telephone: (305) 443-6200
Facsimile: (305) 443-6204
clynch@hunterlynchlaw.com
lmartinez@hunterlynchaw.com
*Attorney for Plaintiffs*

Tracy L. Markham
**Southern Atlantic Law Group, PLLC**
2800 N. 5th Street, Suite 302
St. Augustine, Florida 32084
Phone: (904) 794-7005
Facsimile: (904) 794-7007
tlm@southernatlanticlaw.com
pleadingsonly@southernatlanticlaw.com
*Attorney for Plaintiffs*

Andrew Lampros
Christopher Hall
**Hall & Lampros, LLP**
600 Galleria Parkway, Suite 990
Atlanta, Georgia 30309
Telephone: (404) 876-8100
Facsimile: (404) 876-3477
alampros@hallandlampros.com
chall@hallandlampros.com
*Attorney for Plaintiffs*

Edmund A. Normand
Jacob L. Phillips
**Normand Law PLLC**
62 W. Colonial Drive
Suite 209
Orlando, Florida 32801
Telephone: (407) 603-6031
Facsimile: (888) 974-2175
Ed@EdNormand.com
jacob@ednormand.com
*Attorneys for Plaintiffs*

Bradley W. Pratt
**Pratt Clay, LLC**
4401 Northside Parkway
Suite 520
Atlanta, Georgia 30327
Telephone: (404) 949-8118
Facsimile: (404) 949-8159
bradley@prattclay.com
*Attorney for Plaintiffs*