UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-61361-CIV-DIMITROULEAS

MARIANNE JOFFE, DEBBE SCHERTZER,
and STEPHANIE RODRIGUEZ, individually and
on behalf of all others similarly situated,

    Plaintiffs,

vs.

GEICO INDEMNITY COMPANY,
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, and GEICO GENERAL INSURANCE
COMPANY,

    Defendants.
_____/

## ORDER ON PROPOSED SCHEDULE

THIS CAUSE is before the Court on the Court's Order on Motion to Stay [DE 114] and the Parties' Joint Proposed Schedule for Seeking Consolidation and Preliminary Approval of Global Settlement [DE 115] ("Proposed Schedule"), filed on June 25, 2020. The Court has carefully reviewed the Proposed Schedule and is otherwise fully advised in the premises.

It is **ORDERED AND ADJUDGED** as follows:

1. The Proposed Schedule is **APPROVED**; the Motion [115] is **GRANTED.**

2. The Parties shall file a Motion to Consolidate on or before **July 17, 2020**.

3. The Parties shall file a Motion for Preliminary Approval on or before **July 17, 2020.**

4. The Parties shall file a Motion for Indicative Ruling on or before **July 17, 2020**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 29th day of June, 2020.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All counsel of Record